UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JUSTIN BEISEL,<br><br>    Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>    Defendant. | Case No.: 4-18-cv-208-TWP-DML |

### ORDER APPROVING SETTLEMENT

After a review of the Settlement Agreement submitted jointly by the parties for approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to the Plaintiff, as well as the fees and reimbursement of costs paid to his attorney. Accordingly, the Court hereby approves the settlement.

SO ORDERED

Date: 4/8/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution list:

   To all registered counsel by CM/ECF